U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 3 0 2005

ROBERT H. SHEMWELL, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARRARD A. POWELL, ET AL. | CIVIL ACTION NO. 03-0707 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COLLIER CONSTRUCTION, L.L.C. KA | MAGISTRATE JUDGE HORNSBY |

## ORDER

This matter is before the Court after a hearing under Federal Rule of Civil Procedure Rule 16 to determine whether defendant Collier Construction, L.L.C. KA employed plaintiffs Garrard A. Powell and Kyle H. Plumlee within the meaning of the Fair Labor Standards Act and/or Louisiana Revised Statute 23:631 *et seq.* After a careful review of the record, the Court finds that Collier Construction, L.L.C. KA was, for purposes of the Fair Labor Standards Act and Louisiana Revised Statute 23:631 *et seq.*, the employer of both Garrard A. Powell and Kyle H. Plumlee.

Accordingly,

**IT IS ORDERED** that Collier Construction, L.L.C. KA is a proper defendant in the above-captioned matter and this case shall proceed to a determination of the merits.

Shreveport, Louisiana, this 30th day of September, 2005.

/s/ Maurice Hicks
_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE