**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| GARRARD A. POWELL, ET AL. | CIVIL ACTION NO. 03-0707 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COLLIER CONSTRUCTION L.L.C. KA, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Motion for Award of Attorneys' Fees (Record Document 62) filed by Plaintiffs Garrard A. Powell and Kyle H. Plumlee. The Magistrate Judge issued a Report and Recommendation on July 20, 2006, recommending that the motion be granted by entering an order that Defendant Collier Construction, L.L.C. KA pay to Plaintiffs Garrard A. Powell and Kyle H. Plumlee attorneys' fees in the amount of $12,930, plus post-judgment interest at the rate provided by law. See Record Document 65. Specifically, the Magistrate Judge's Report and Recommendation stated:

> After full consideration of the relatively small amount at stake at the commencement of this litigation and the small amounts awarded in the judgment, as well as the other facts and circumstances set forth above, the undersigned finds that the amount requested exceeds a reasonable fee in this case. A $10,000 reduction is appropriate, and the resulting fee award of $12, 930 is still a significant amount that will help ensure effective access to the judicial process for plaintiffs with wage and hour grievances. The recommended fee award is still quite large in comparison to the amount of the judgment, but it is appropriate considering that much of the time counsel had to spend litigating the rather small claims was required by the tactics employed by the defense.

Id. at 4.

On August 3, 2006, Plaintiffs Garrard A. Powell and Kyle H. Plumlee filed objections to the Magistrate Judge's Report and Recommendation. See Record Document 66.

Plaintiffs argued that "the only determinative reason why the Magistrate Judge recommend[ed] a near 45% reduction in the fee [they] request[ed] is the size of the judgment." Id. at 4. Based on reasoning set forth in Singer v. City of Waco, Texas, 324 F.3d 813, 829 (5th Cir. 2003), Plaintiffs argue that the size of the judgment alone should not lead the district court to reduce a fee award.

The record is clear that the Magistrate Judge did, in fact, consider the size of the judgment in the instant matter in reducing the fee award. However, as evidenced by the clear language of the Report and Recommendation, this was not the only factor considered by the Magistrate Judge, as he conducted a "full consideration" of the relatively small amount at stake at the commencement of this litigation, the small amounts awarded in the judgment, and other facts and circumstances. Record Document 65 at 4. Further, the Fifth Circuit has repeatedly held that a district court may decrease the lodestar calculation of attorneys' fees based on the relative weights of the twelve factors set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir.1974). See Heidtman v. County of El Paso, 171 F.3d 1038, 1043 (5th Cir. 1999). The Court notes that one of such factors is the amount involved in the litigation and the results obtained. See Johnson, 488 F.2d at 717-19.

Accordingly,

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Award of Attorneys' Fees (Record Document 62) filed by Plaintiffs is **GRANTED** as follows: Defendant Collier Construction, L.L.C. KA is ordered to pay to Garrard A. Powell and Kyle H. Plumlee attorneys' fees in the amount of $12,930, plus post-judgment interest at the rate provided by law.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of October, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE